| | |
|---|---|
| 1 | DON TORGENRUD |
| 2 | DON TORGENRUD, P.C. |
|   | 109 FIRST AVENUE |
| 3 | P.O. BOX 490 |
|   | ST. IGNATIUS, MT  59865-0490 |
| 4 | Telephone: (406) 745-2711 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re | Case No. 04-62327-RBK |
| CLARK, ROGER DUANE | Chapter 7 |
| Debtor(s) | TRUSTEE'S FINAL REPORT OF RECEIPTS AND DISBURSEMENTS (TFR) |

DON TORGENRUD, trustee of the estate of the above-named debtor(s), certifies to the Court and the United States Trustee that he has faithfully and properly fulfilled the duties of the office of the trustee, that he has examined all proofs of claims as appropriate under the proposed distribution, and that the proposed distribution accompanying this report is proper and consistent with the law and rules of Court.

The petition commencing this case was filed on 07/28/04 and the undersigned was appointed trustee on 07/28/04.  The per-case limit of the trustee's blanket bond is $102,400,000.00.

The undersigned certifies that the current balance in the individual estate trust account, bank account number 4429477016, at Bank Of America, is in the amount of $18,314.09.  This includes all earned interest and is subject to checks drawn for payment to creditors.

All property of the estate, except that claimed exempt by the debtor(s) without objection or determined by the Court as exempt, has been inventoried, collected and liquidated, or abandoned.

All claims have been examined and objections have been resolved by the Court. Application for approval of compensation and expenses of professional persons have been filed with the United State Trustee and the Court, and appropriate compensation and expenses have been awarded by the Court.  Any scheduled property not heretofore liquidated or abandoned by the undersigned is now abandoned.  Copies of Orders approving all professional fee applications, sales or abandonments, and notices of sales or abandonments by the undersigned are attached to this application, as well as copies of all real estate closing statements, if any.

Unless otherwise indicated on the undersigned's Individual Estate Property Record (Form 1), attached as Exhibit A, the undersigned adopts the debtor's schedules as his inventory.

1  The receipts in this estate total: $20,916.09 and the undersigned intends to disburse all of said funds, which will result in a zero balance in the estate trust account. The undersigned's Cash Receipts and Disbursements Record (Form 2) is attached as Exhibit B.

A summary and analysis of all proofs of claim filed in this case is attached as Exhibit C, along with a copy of the Claims Register maintained by the Clerk of Court.

The net estate upon which the undersigned's compensation has been computed is $18,348.98. This does not include any exempt amounts paid to the debtor(s) and /or any refunds to be made to the debtor(s). An Order has been entered in this case (a copy of which is attached) awarding the undersigned compensation in the amount of $2,584.90 and reimbursement of expenses in the amount of 200.00. Trustee's Notice of Final Report and Proposed Distribution accompanies this report.

The undersigned certifies under penalty of perjury that the foregoing is true and correct to the best of his knowledge and requests the U.S. Trustee to review this final report and account, and request the Clerk of the U.S. Bankruptcy Court to provide notice and opportunity for hearing to all creditors and other parties in interest under FRBP 2002(f)(8).

WHEREFORE, the undersigned requests that this Final Report of Receipts and Disbursements be accepted.

DATED: February 22, 2008        By: /s/ Don Torgenrud
                                    DON TORGENRUD
                                    Trustee

---

REVIEW BY UNITED STATES TRUSTEE

I have reviewed this Trustee's Final Report of Receipts and Disbursements, and the accompanying Trustee's Notice of Final Report and Proposed Distribution.

                                ROBERT MILLER
                                United States Trustee


                                By: /s/ LESLIE DRONEN
                                    U.S. Trustee Staff Member