Case No:  04-62327    RBK    Judge: RALPH B. KIRSCHER  
Case Name:  CLARK, ROGER DUANE  
For Period Ending:  02/22/08

Trustee Name:  DON TORGENRUD  
Date Filed (f) or Converted (c):  07/28/04 (f)  
341(a) Meeting Date:  09/07/04  
Claims Bar Date:  07/11/07

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. LAND AND MOBILE IN CLINTON | 50,000.00 | 0.00 | DA | 0.00 | FA |
| 2. CASH ON HAND | 65.00 | 0.00 | DA | 0.00 | FA |
| 3. BANK ACCOUNTS | 86.47 | 0.00 | DA | 0.00 | FA |
| 4. HOUSEHOLD GOODS AND FURNISHINGS | 750.00 | 0.00 | DA | 0.00 | FA |
| 5. BOOKS AND ART OBJECTS | 95.00 | 0.00 | DA | 0.00 | FA |
| 6. WEARING APPAREL AND JEWELRY | 230.00 | 0.00 | DA | 0.00 | FA |
| 7. FIREARMS AND HOBBY EQUIPMENT | 125.00 | 0.00 | DA | 0.00 | FA |
| 8. INTERESTS IN PARTNERSHIPS 50% OWNER OF TWO RIVERS MARKET, LLP AND CLARK BROTHER RENTAL, LLC | 350,000.00 | 0.00 | DA | 0.00 | FA |
| 9. 1977 CHEVROLET CORVETTE | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 10. COSTELLO CLASS ACTION SETTLEMENT (u) | 0.00 | 20,815.02 | | 20,815.02 | FA |
| 11. Post-Petition Interest Deposits (u) | Unknown | N/A | | 101.07 | FA |

TOTALS (Excluding Unknown Values)    $ 403,351.47    $ 20,815.02    $ 20,916.09    Gross Value of Remaining Assets $0.00  
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

12/19/07:  THIS IS A WOMBOLD AND/OR COSTELLO CASE.  THE ACCOUNTANT HAS PREPARED THE TAX RETURNS, BUT IS WAITING FOR THE FINAL INTEREST-EARNED AMOUNT AFTER 12/31/07 BEFORE THE RETURNS CAN BE FINALIZED.  IN JANUARY WE WILL MAKE A MOTION TO PAY THE TAXES AND THE ACCOUNTANT AND THEN PROCEED TO CLOSE THE CASE.  THE POC BAR DATE HAS ALREADY PASSED AND THE POCS HAVE BEEN CHECKED.

1/31/08:  REC'D ORDER APPROVING PYMT OF TAXES, WILL MAIL TAX RETURNS 2/1/08, WILL MAIL REQUESTS FOR PROMPT DETERMINATION 2/5/08, WILL MOVE COURT TO APPROVE ACCOUNTING FEES 2/5/08.

Initial Projected Date of Final Report (TFR): 03/31/08    Current Projected Date of Final Report (TFR): 03/31/08

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 04-62327 -RBK | Trustee Name: | DON TORGENRUD |
|---|---|---|---|
| Case Name: | CLARK, ROGER DUANE | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******3369  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4652 | | |
| For Period Ending: | 02/22/08 | Blanket Bond (per case limit): | $ 102,400,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/18/07 | 10 | COSTELLO CLASS ADMINISTRATOR | CLASS ACTION SETTLEMENT | 1249-000 | 20,815.02 | | 20,815.02 |
| 06/29/07 | 11 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 6.24 | | 20,821.26 |
| 07/31/07 | 11 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 17.68 | | 20,838.94 |
| 08/31/07 | 11 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 17.70 | | 20,856.64 |
| 09/28/07 | 11 | BANK OF AMERICA | Interest Rate  0.750 | 1270-000 | 13.28 | | 20,869.92 |
| 10/31/07 | 11 | BANK OF AMERICA | Interest Rate  0.750 | 1270-000 | 13.30 | | 20,883.22 |
| 11/30/07 | 11 | BANK OF AMERICA | Interest Rate  0.650 | 1270-000 | 11.16 | | 20,894.38 |
| 12/31/07 | 11 | BANK OF AMERICA | Interest Rate  0.500 | 1270-000 | 9.99 | | 20,904.37 |
| 01/31/08 | 11 | BANK OF AMERICA | Interest Rate  0.400 | 1270-000 | 8.28 | | 20,912.65 |
| 01/31/08 | 000101 | US TREASURY | INCOME TAXES 2007 | 2810-000 | | 1,435.00 | 19,477.65 |
| 01/31/08 | 000102 | MONTANA DEPARTMENT OF REVENUE | INCOME TAXES 2007 | 2820-000 | | 837.00 | 18,640.65 |
| * 02/18/08 | 000103 | SHIRLEE WALKER | ACCOUNTING FEES | 3410-003 | | 330.00 | 18,310.65 |
| 02/22/08 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 3.44 | | 18,314.09 |
| * 02/22/08 | 000103 | SHIRLEE WALKER | ACCOUNTING FEES | 3410-003 | | -330.00 | 18,644.09 |
| 02/22/08 | | Transfer to Acct #*******7016 | Final Posting Transfer | 9999-000 | | 18,644.09 | 0.00 |

|  | | |
|---|---|---|
| COLUMN TOTALS | 20,916.09 | 20,916.09 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 18,644.09 | |
| Subtotal | 20,916.09 | 2,272.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 20,916.09 | 2,272.00 | |

Page Subtotals       20,916.09        20,916.09

LFORM24

Ver: 12.50

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 04-62327 -RBK | | Trustee Name: | DON TORGENRUD |
| --- | --- | --- | --- | --- |
| Case Name: | CLARK, ROGER DUANE | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******7016 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4652 | | | |
| For Period Ending: | 02/22/08 | | Blanket Bond (per case limit): | $ 102,400,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/22/08 | | Transfer from Acct #*******3369 | Transfer In From MMA Account | 9999-000 | 18,644.09 | | 18,644.09 |
| 02/22/08 | 000101 | SHIRLEE WALKER | ACCOUNTING FEES | 3410-000 | | 330.00 | 18,314.09 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 18,644.09 | 330.00 | 18,314.09 |
| Less: Bank Transfers/CD's | 18,644.09 | 0.00 | |
| Subtotal | 0.00 | 330.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 330.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Money Market Account (Interest Earn - ********3369) | 20,916.09 | 2,272.00 | 0.00 |
| Checking Account (Non-Interest Earn - ********7016) | 0.00 | 330.00 | 18,314.09 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 20,916.09 | 2,602.00 | 18,314.09 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          18,644.09          330.00

LFORM24

Ver: 12.50

| Case Number: 04-62327   RBK | | | Page 1 | | | | | | Date: February 22, 2008 |

Debtor Name: CLARK, ROGER DUANE

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Payment | Interest Paid To Date | Proposed Interest | Total Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | | | | $18,314.09 |
| | DON TORGENRUD COMPENSATION | Admin | | $2,584.90 | $0.00 | $2,584.90 | $2,584.90 | $0.00 | $0.00 | $2,584.90 | $15,729.19 |
| | DON TORGENRUD EXPENSES | Admin | | $200.00 | $0.00 | $200.00 | $200.00 | $0.00 | $0.00 | $200.00 | $15,529.19 |
| | CLERK OF BANKRUPTCY COURT | Admin | 200 | $260.00 | $0.00 | $260.00 | $260.00 | $0.00 | $0.00 | $260.00 | $15,269.19 |
| | CLARK, ROGER DUANE BACK-TO-DEBTOR | Admin | 999 | $2,567.11 | $0.00 | $2,567.11 | $2,567.11 | $0.00 | $0.00 | $2,567.11 | $12,702.08 |
| 000004 | Deanna Burrows | Priority | 560 | $6,721.79 | $0.00 | $6,721.79 | $6,721.79 | $0.00 | $530.19 | $7,251.98 | $5,450.10 |
| 000001 | INGRAM ENTERTAINMENT | Unsec | 610 | $1,826.43 | $0.00 | $1,826.43 | $1,826.43 | $0.00 | $144.06 | $1,970.49 | $3,479.61 |
| 000003 | Custom Commercial Service | Unsec | 610 | $3,225.22 | $0.00 | $3,225.22 | $3,225.22 | $0.00 | $254.39 | $3,479.61 | $0.00 |
| << Totals >> | | | | $17,385.45 | $0.00 | $17,385.45 | $17,385.45 | $0.00 | $928.64 | $18,314.09 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.  Interest was calculated from the Case Petition Date of 07/28/04 through 04/15/08 at a rate of 2.12% (annualized simple interest).

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

Case Number: 04-62327  
Debtor Name: CLARK, ROGER DUANE  

Page 1  
Claim Class Sequence  

Date: February 22, 2008

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 UBC | CLERK OF BANKRUPTCY COURT<br>ROOM 303 MANSFIELD FED. BLDG.<br>400 N. MAIN<br>BUTTE, MT 59701 | Administrative | | $260.00 | $0.00 | $260.00 |
| 999 BD | CLARK, ROGER DUANE<br>14585 HELLGATE LN<br>CLINTON, MT 59825-9715 | Administrative | | $2,567.11 | $0.00 | $2,567.11 |
| 000004 560 PTC | Deanna Burrows<br>c/o CSED<br>Gail Benson<br>P.O. Box 202943<br>Helena, MT 59620-2943 | Priority | | $6,721.79 | $0.00 | $6,721.79 |
| 000001 610 UTFC01 | INGRAM ENTERTAINMENT<br>ATTN DORIS NELMS<br>TWO INGRAM BLVD<br>LAVERNGE, TN 37086 | Unsecured | | $1,826.43 | $0.00 | $1,826.43 |
| 000003 610 UTFC01 | Custom Commercial Service<br>1333 Cherry Ave.<br>Helena, MT 59601 | Unsecured | | $3,225.22 | $0.00 | $3,225.22 |
| 000002 100 SC01 | BENEFICIAL MONTANA INC<br>961 WEIGEL DR<br>ELMHURST, IL 60126 | Secured | | $39,072.06 | $0.00 | $39,072.06 |
| | Case Totals: | | | $53,672.61 | $0.00 | $53,672.61 |

Code #: Trustee's Claim Number, Priority Code, Claim Type