DON TORGENRUD
DON TORGENRUD, P.C.
109 FIRST AVENUE
P.O. BOX 490
ST. IGNATIUS, MT 59865-0490
Telephone: (406) 745-2711

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In re

CLARK, ROGER DUANE

Debtor(s)

Case No. 04-62327-RBK

Chapter 7

TRUSTEE'S NOTICE OF FINAL REPORT
AND PROPOSED DISTRIBUTION

DON TORGENRUD, trustee of the estate of the above-named debtor(s), has filed with the above Court his Application for Final Compensation and Reimbursement of Expenses, and his Final Report of Receipts and Disbursements. Pursuant to Federal Rule of Bankruptcy Procedure 2002(f)(8), notice was mailed to creditors of the time for filing proofs of claim, and the time has now passed for such filings. After having reviewed all proofs of claim which have been filed in this case, the undersigned trustee proposes to distribute the monies in his control belonging to this estate, which total the sum of $18,314.09, as follows. This distribution is predicated upon the Trustee receiving notice from the taxing authorities that the tax returns have been accepted as filed.

A. To DON TORGENRUD, Trustee, fees of $2,584.90 and expenses of $200.00.

B. To professional(s) employed by the estate: $0.00 for accounting and attorney fees and expenses.

C. To the Clerk of the U.S. Bankruptcy Court, costs of $260.00.

D. To the following allowed priority claimants who filed proofs of claim of $7,251.98 which represents a dividend of 100.00 percent:

    1. To Deanna Burrows in the amount of $7,251.98, paid on its proof of claim in the amount of $6,721.79 and proposed interest of $530.19.

E. To the following allowed unsecured claimants who filed timely proofs of claim of $5,450.10 which represents a dividend of 100.00 percent:

    1. To INGRAM ENTERTAINMENT in the amount of $1,970.49, paid on its proof of claim in the amount of $1,826.43 and proposed interest of $144.06.
    2. To Custom Commercial Service in the amount of $3,479.61, paid on its proof of claim in the amount of $3,225.22 and proposed interest of $254.39.

F. To the debtor, the surplus of the estate $2,567.11.

NOTICE: ANY CREDITOR OR PARTY IN INTEREST WHO HAS AN OBJECTION TO THE ABOVE-PROPOSED DISTRIBUTION MUST FILE SUCH OBJECTION WITH THE UNITED STATES BANKRUPTCY COURT AND SERVE A COPY OF THE SAME ON THE UNDERSIGNED TRUSTEE AND ON THE OFFICE OF THE UNITED STATES TRUSTEE AND REQUEST A HEARING WITHIN TWENTY (20) DAYS OF THE DATE OF THE FILING OF THIS NOTICE WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT.

DATED: February 22, 2008          By: /s/ Don Torgenrud
                                       DON TORGENRUD

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0977-2            User: mml                    Page 1 of 1                  Date Rcvd: Mar 06, 2008
Case: 04-62327                  Form ID: pdftnpd             Total Served: 24

The following entities were served by first class mail on Mar 08, 2008.
 db           +ROGER DUANE CLARK,    14585 HELLGATE LANE,    CLINTON, MT 59825-9715
 aty           DANIEL S. MORGAN,   MORGAN PIERCE LAW FIRM,    P.O. BOX 1690,    MISSOULA, MT  59806-1690
 tr           +DONALD W. TORGENRUD, JR.,    P.O. BOX 490,    SAINT IGNATIUS, MT 59865-0490
397961        +BENEFICIAL MONTANA INC,    961 WEIGEL DR,    ELMHURST, IL 60126-1058
376915        +Beneficial Montana, Inc.,    P.O. Box 2366,    Missoula, MT 59806-2366
376916         Capital One,   P.O. Box 85015,    Richmond, VA  23285-5015
376917         CitiBusiness Card,    P.O. Box 44230,    Jacksonville, FL  32231-4230
376918        +Custom Commercial Service,    1333 Cherry Ave.,    Helena, MT 59601-0611
376919        +Dan Cederberg, Esq.,    P.O. Box 8234,    Missoula, MT 59807-8234
376920         Deanna Burrows,   c/o CSED; Gail Benson,    P.O. Box 202943,    Helena, MT  59620-2943
376921        +Dennis Clark,    7233 New Castle Dr.,    Missoula, MT 59802-5756
376922         GE Select,    P.O. Box 8650,    Wilmington, DE  19899-8650
376923         Home Depot Credit Services,    P.O. Box 6029,    The Lakes, NV  88901-6029
379894        +INGRAM ENTERTAINMENT,    ATTN DORIS NELMS,    TWO INGRAM BLVD,    LAVERNGE, TN 37086-3638
376924        +INGRAM ENTERTAINMENT INC,    ATTN DORIS NELMS,    TWO INGRAM BLVD,    LAVERGNE, TN 37089-0001
376925         MBNA America,    P.O. Box 15026,    Wilmington, DE  19850-5026
376964         MONTANA DEPARTMENT OF REVENUE,    BANKRUPTCY SPECIALIST,    PO BOX 7701,    HELENA, MT 59604-7701
376926         Platinum Plus for Business,    P.O. Box 15463,    Wilmington, DE  19850-5463
376927        +Thad Huse, Esq.,    Datsopoulos, MacDonald & Lind, PC,    201 W. Main St., Ste 201,
               Missoula, MT 59802-4326
376928        +Tom & Becky Finkbeiner,    7600 Becca Lane,    Missoula, MT 59802-5798
376929        +Two Rivers Bank,    P.O. Box 248,    Milltown, MT 59851-0248
376930        +Two Rivers Market, LLP,    P.O. Box 357,    Clinton, MT 59825
630854        +WILLIAM K HAMMER,    LAW OFFICE OF THOMAS BOLAND,    PO BOX 2349,    GREAT FALLS, MT 59403-2349
The following entities were served by electronic transmission on Mar 07, 2008.
 ust          +E-mail/Text: leslie.dronen@usdoj.gov                           OFFICE OF THE U.S. TRUSTEE,
               U.S. TRUSTEE’S OFFICE,    LIBERTY CENTER SUITE 204,    301 CENTRAL AVE,
               GREAT FALLS, MT 59401-3113
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 acc           SHIRLEE WALKER
 aty*         +DONALD W. TORGENRUD, JR.,    P.O. BOX 490,    SAINT IGNATIUS, MT 59865-0490
 aty*         +DONALD W. TORGENRUD, JR.,    P.O. BOX 490,    SAINT IGNATIUS, MT 59865-0490
                                                                                              TOTALS: 1, * 2

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Mar 08, 2008**            Signature:    *Joseph Speetjens*